# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY RAINS, | ) | 3:12-CV-0517-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 17, 2013 |
| | ) | |
| NEWMONT USA LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Defendant's motion to stay discovery (#36) is **GRANTED**.  An amended discovery plan and scheduling order shall be due ten days following the court's ruling on the motion to dismiss, if necessary.

　　**IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                                            By:           /s/
                                                       Deputy Clerk